ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| American General Trading & Contracting, WLL | ) ASBCA No. 56758 |
| | ) |
| Under Contract No. DABM06-03-C-0009 | ) |

APPEARANCES FOR THE APPELLANT:

Vonda K. Vandaveer, Esq.
V.K. Vandaveer, P.L.L.C.
Washington, DC

Michael F. Brown, Esq.
DVG Law Partner LLC
Neenah, WI

APPEARANCES FOR THE GOVERNMENT:

Raymond M. Saunders, Esq.
Army Chief Trial Attorney
LTC Brian J. Chapuran, JA
MAJ Michael G. Pond, JA
Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 11 February 2015

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 56758, Appeal of American General Trading & Contracting, WLL, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals